EDC 2−830fA (v.11.16)  (Continued)

| | |
|---|---|
| In re<br>Stephanie Dawn Holm<br><br>Debtor(s). | **Bankruptcy Case No.**<br>18−14338 − B − 7 |
| Stephanie Dawn Holm<br><br>Plaintiff(s),<br><br>v.<br>Citibank, N.A.<br><br>Defendant(s). | **Adversary Proceeding No.**<br>19−01017 − B |

**CERTIFICATION OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above−captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on  2/5/2019 , by:

 X  MAIL SERVICE: Regular, first class United States mail, postage fully pre−paid, addressed to:


___ PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at:


___ RESIDENCE SERVICE: By leaving the process with the following adult at:


___ PUBLICATION: The defendant was served as follows [describe briefly]:


___ STATE LAW: The defendant was served pursuant to the laws of _____, as follows [describe briefly]:


Under penalty of perjury, I declare that the foregoing is true and correct.

 2/5/2019                                           /s/ Kelly S. Bresso
Date                                                         Signature

Print Name: Kelly S. Bresso
Business Address: 2490 Mariner Square Loop, Ste 260
City, State, Zip: Alameda, CA 94501

| | |
|---|---|
| Kelly S. Bresso, SBN 256717<br>FRANK L. KUCERA & ASSOCIATES, P.C.<br>2490 Mariner Square Loop, Ste 260<br>Alameda, CA 94501<br>Phone: (510) 550-6849<br>Fax: (510) 521-3601<br><br>Attorney for DEBTOR | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re<br><br>STEPHANIE DAWN HOLM<br>aka STEPHANIE KILNER<br>Debtor. | BANKRUPTCY CASE NO.: 18-14338-B-7<br>CHAPTER 7<br><br>ADVERSARY NO. 19-01017<br>DC No. KSB-1<br><br>PROOF OF SERVICE FOR COMPLAINT TO DETERMINE THE NATURE, EXTENT AND VALIDITY OF A LIEN AND FOR DECLARATORY RELIEF PURSUANT TO 11 U.S.C. § 524 (a)(1) and FRBP 7001<br><br>(Hearing date to be set by Summons) |

I, Kelly S. Bresso, declare:

I am over the age of 18 years and not a party to this action. My business address is Frank L. Kucera & Associates, P.C., 2490 Mariner Square Loop, Suite 260, Alameda, CA 94501. I am readily familiar with my employer's business practice for the collection and processing of correspondence for mailing with the United States Postal Service.

On **FEBRUARY 5, 2019**, I mailed a copy, with all exhibits of the following documents:

1. Summons and Notice of Status Conference in An Adversary Proceeding
2. Adversary Proceeding Cover Sheet
3. Complaint to Determine the Nature, Extent and Validity of Lien and for Declaratory Relief Pursuant to 11 U.S.C. §524(a)(1) and FRBP 7001
4. Order to Confer on Initial Disclosures and Setting Deadlines
5. Notice of Availability of Bankruptcy Dispute Resolution Program

- 1 -

The above documents were served on the party or parties named below by following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same date that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**DEBTOR(S)**

Please see attached.

**SERVICE BY CERTIFIED MAIL PURSUANT TO RULE 7004(h)**

Please see attached.

**SERVICE BY FIRST CLASS MAIL PURSUANT TO RULE 7004(b)**

Please see attached.

**SERVICE TO AGENTS FOR SERVICE OF PROCESS IN CALIFORNIA**

Please see attached.

I declare under penalty of perjury under the law of the State of California that the forgoing is true and correct and that this declaration was executed on February 5, 2019 in Alameda, California.

    /s/ Kelly S. Bresso
Kelly S. Bresso

Proof of Service for Complaint to Determine the Nature, Extent and Validity of a Lien and for Declaratory Relief Pursuant to 11 U.S.C. § 524 (A)(1) And FRBP 7001

**DEBTOR(S)**

Stephanie Dawn Holm
338 E. Deodar Lane
Lemoore, CA 93245

**SERVICE BY CERTIFIED MAIL PURSUANT TO RULE 7004(h)**

Barbara Desoer
CEO, Citibank, N.A.
338 Greenwich Street
New York, New York 10013

Barbara Desoer
CEO, Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104

**SERVICE BY FIRST CLASS MAIL PURSUANT TO RULE 7004(b)**

Citibank, N.A.
Acct No. xxxxx-xxxx-xxxx-0985
P.O. Box 6500
Sioux Falls, SD 57117-6500

The Moore Law Group
Acct No. xxxxx-xxxx-xxxx-0985
P.O. Box 25145
Santa Ana, CA 92799-5145

Trudi Manfredo
PO Box 26792
Fresno, CA 93729

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721-1326

**SERVICE TO AGENTS FOR SERVICE OF PROCESS IN CALIFORNIA**

Citigroup Corporate Holdings, Inc.
c/o C T Corporation System
Entity #C3947771
818 W Seventh St, Suite 930
Los Angeles, CA 90017

Citigroup Derivatives, Markets, Inc.
c/o C T Corporation System
Entity #C2679610
818 W Seventh St, Suite 930
Los Angeles, CA 90017

Citgroup Energy, Inc.
c/o C T Corporation System
Entity #C2740491
818 W Seventh St, Suite 930
Los Angeles, CA 90017

Citigroup Global Markets, Inc.
c/o C T Corporation System
Entity #C2121484
818 W Seventh St, Suite 930
Los Angeles, CA 90017

Citigroup Global Markets, Realty Corp.
c/o C T Corporation System
Entity #C1547000
818 W Seventh St, Suite 930
Los Angeles, CA 90017

Citigroup Investments, Inc.
c/o C T Corporation System
Entity #C2059882
818 W Seventh St, Suite 930
Los Angeles, CA 90017

Citgroup Management Corp.
c/o C T Corporation System
Entity #C2204541
818 W Seventh St, Suite 930
Los Angeles, CA 90017

Citgroup Technology, Inc.
c/o C T Corporation System
Entity #C1839450
818 W Seventh St, Suite 930
Los Angeles, CA 90017

- 1 -

Proof of Service for Complaint to Determine the Nature, Extent and Validity of a Lien and for Declaratory Relief Pursuant to 11 U.S.C. § 524 (A)(1) And FRBP 7001